**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jesse Dupris, et al. | ) | CV 08-8132-PCT-PGR |
| | ) | CV 08-8133-PCT-PGR |
| Plaintiffs, | ) | (CONSOLIDATED) |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Selanhongva McDonald, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Currently before the Court is Plaintiffs' Motion for a Four-Day Additional Extension of Time in which to Respond to Pending Motions to Dismiss. (Doc. 55.) The Court notes that once again, counsel filed its Motion for Extension of Time on the date set by the Court as the deadline for the filing of the Response to the Motions to Dismiss. The Court previously advised that the Court is generally not inclined to grant such last minute motions and will not do so again in the future. Furthermore, the Motions to Dismiss were filed on March 8, 2010, thus Plaintiffs' counsel has had ample time to work on the Responses, despite the 3 ½ day continuing legal education program he recently attended. Accordingly,

IT IS HEREBY ORDERED DENYING the Motion.[1] (Doc. 55.)

IT IS FURTHER ORDERED that Plaintiffs shall respond to the pending Motions to Dismiss no later than April 20, 2010.

DATED this 19th day of April, 2010.

Paul G. Rosenblatt
United States District Judge

---

[1] The Court recognizes the one day extension.